AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BELINDA HOUSEY, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CV-02286 |
| PROCTER & GAMBLE COMPANY, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Procter & Gamble Company.

Date: 04/20/2021

/s/ Gawon Go
*Attorney's signature*

Gawon Go, 5597059
*Printed name and bar number*

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
*Address*

GGo@cov.com
*E-mail address*

(212) 841-1115
*Telephone number*

(646) 441-9115
*FAX number*