**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
BELINDA HOUSEY, on behalf of herself and
All others similarly situated,

                            Plaintiff,

      -against-                                       21 **CIVIL** 2286 (NRB)

## JUDGMENT

PROCTER & GAMBLE COMPANY,

                            Defendant.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 24, 2022, defendant's motion to dismiss is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                       **BY:**

                                                                   **Deputy Clerk**